# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00710-CV

**Michael A. Snowden and Celina Ruiz-Snowden and All Other Occupants of 2102 Wilma Rudolph Road, Austin, Texas 78748, Appellants**

**v.**

**Strada Capital, Inc., Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### NO. C-1-CV-14-008245, HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants Michael A. Snowden and Celina Ruiz-Snowden and All Other Occupants of 2102 Wilma Rudolph Road, Austin, Texas 78748, and appellee Strada Capital, Inc. have notified this Court that they no longer wish to pursue this appeal and have filed a joint motion to dismiss it with prejudice. We grant the parties' motion and dismiss this appeal with prejudice. *See* Tex. R. App. P. 42.1(a).

_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Goodwin and Field

Dismissed on Joint Motion

Filed:   January 14, 2015